■ PAUL COLEMAN, Respondent, v 1093 GROUP, LLC, et al., Respondents and Third-Party Plaintiffs-Respondents. SOLVAY IRON WORKS, INC., Third-Party Defendant-Appellant. [979 NYS2d 896]—Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, J.), entered September 18, 2012 in a personal injury action. The order, among other things, denied third-party defendant's cross motion for summary judgment dismissing the third-party complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on October 1 and 9, 2013, and December 9, 2013, and filed in the Oneida County Clerk's Office on December 10, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.

■ FRANK C. SLAZYK, as Representative of the Estate of ROSE SLAZYK, Deceased, et al., Appellants, v JOYCE DAVOLI, Respondent. (Appeal No. 1.) [984 NYS2d 281]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), granted April 4, 2012. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.

■ FRANK C. SLAZYK, as Representative of the Estate of ROSE SLAZYK, Deceased, et al., Appellants, v JOYCE DAVOLI, Respondent. (Appeal No. 2.) [984 NYS2d 281]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered June 13, 2012. The order granted the motion of defendant for attorney's fees and sanctions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.